**Order filed November 5, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00425-CR
_____

## EX PARTE STACEY LOVINGS

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1464730**

## ORDER

Appellant Stacey Lovings was indicted for sexual assault. He contends the indictment is barred by the statute of limitations. He first raised his limitations defense in a motion to quash. The trial court denied the motion, and Lovings appealed that denial on January 28, 2015. That appeal was docketed as 14-15-00117-CR, _Lovings v. State_. The court dismissed that appeal on April 2, 2015, for lack of jurisdiction, because an order denying a motion to quash is not appealable before conviction.

While his appeal was pending, Lovings applied for a writ of habeas corpus on the ground that the indictment was barred by limitations. The trial court denied

his application. This appeal is from that denial.

Both parties have filed briefs in this appeal, and both cite the clerk's record from the previous appeal. Lovings includes a statement in his brief asking that we transfer the clerk's record from the previous appeal to this appeal. A court of appeals has the power to take judicial notice of its own files in the same or related proceedings. *See Ex parte Flores*, 537 S.W.2d 458, 460 & n.3 (Tex. Crim. App. 1976) (reviewing record from original appeal in habeas proceeding); *Turner v. State*, 733 S.W.2d 218, 223 (Tex. Crim. App. 1987).

Accordingly, we **ORDER** the clerk of this court to file in this appeal a copy of the clerk's record filed in appeal 14-15-00117-CR.


PER CURIAM


Panel consists of Justices Boyce, Busby, and Brown.